# Court of Appeals
# of the State of Georgia

ATLANTA, June 17, 2026

*The Court of Appeals hereby passes the following order:*

**A26A0120. IN THE INTEREST OF S. B., et al., CHILDREN (MOTHER).**

The mother of minor children S. B. and N. C. appeals from a preliminary protective order, which found that there was probable cause to believe the children were dependent as to the mother and awarded temporary custody to the Department of Human Services, through the Division of Family and Children Services. The mother, alleges, inter alia, that the juvenile court violated her constitutionally protected due process rights to be present and heard at the preliminary protective hearing and to confer and consult with counsel prior to the hearing.

The Supreme Court of Georgia "has exclusive jurisdiction over all cases involving construction of the Constitution of the State of Georgia and of the United States and all cases in which the constitutionality of a law, ordinance, or constitutional provision has been called into question."[1] Because this case involves arguments construing the federal and state Constitutions, which were ruled upon by the juvenile court, it appears that jurisdiction over this appeal may lie in the Supreme Court.

As the Supreme Court has the ultimate responsibility for determining appellate

---

[1] *Atlanta Indep. School System v. Lane*, 266 Ga. 657, 657(1) (469 SE2d 22) (1996); accord Ga. Const. of 1983, Art. VI, Sec. VI, Par. II.

jurisdiction,[2] this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 06/17/2026

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[2] *Saxton v. Coastal Dialysis & Med. Clinic*, 267 Ga. 177, 178 (476 SE2d 587) (1996).